CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

     450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102-3495
     Telephone: (415) 436-7177
     FAX: (415) 436-7234
     molly.friend@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISO DIVISION

| | |
|---|---|
| NASTASSIA SVETAHOR, *et al.*,<br><br>       Plaintiffs,<br><br>v.<br><br>JOSEPH B. EDLOW[1], Director, United States Citizenship and Immigration Services, *et al.*,<br><br>       Defendants. | Case No. 3:25-cv-06890-PHK<br><br>**JOINT STATUS REPORT AND STIPULATION TO SET A DEADLINE FOR DEFENDANTS' RESPONSE TO PLAINTIFFS' COMPLAINT; [PROPOSED] ORDER** |

     The parties, through their attorneys, submit this joint status report regarding Plaintiffs' Form I-485, Application to Adjust Status. On November 20, 2025, the Court denied as moot Defendants' administrative motion to stay proceedings due to the lapse in appropriations and ordered the parties to submit a joint status report by December 12, 2025. Dkt. No. 12.

     The parties conferred and stipulate to set the deadline for Defendants' response to Plaintiffs' complaint by January 12, 2026.  In view of the agreed-upon extension for Defendants' response to the complaint, the parties request that Defendants must file their motion for summary judgment by February 12, 2026.

---

[1] Joseph B. Edlow is automatically substituted as the defendant in this matter in accordance with Federal Rule of Civil Procedure 25(d).

Stipulation
Case No. 3:25-cv-06890-PHK         1

Dated: December 12, 2025

Respectfully submitted,[2]

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated: December 12, 2025

*/s/ Jessica T. Arena*
JESSICA T. Arena
Attorney for Plaintiffs

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   12/16/2025

HON. PETER H. KANG
United States Magistrate Judge

---

[2] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.